**FILED**
**JANUARY 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| **RICHARD L. PERSINO,** | ) | **08 C 50004** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| **UNUM GROUP d/b/a UNUM LIFE** | ) | |
| **INSURANCE COMPANY OF** | ) | |
| **AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

To:   R.M. Lee                              Circuit Court of the Twenty Second Judicial Circuit
      Gummerson & Rausch                    McHenry County Courthouse
      101 S. Benton, Suite 101              2200 North Seminary Ave.
      Woodstock, Illinois  60098            Woodstock, Illinois  60098

PLEASE TAKE NOTICE that on this 3rd day of January, 2008, defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA incorrectly named as UNUM GROUP d/b/a UNUM LIFE INSURANCE COMPANY OF AMERICA , defendant in the above entitled action, filed a NOTICE OF REMOVAL, a copy of which is attached hereto, of the above entitled action to the United States District Court for the Northern District of Illinois Western Division.

You are also advised that defendants, on filing of such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Illinois, Western Division, also filed a copy thereof with the Clerk of the Circuit Court of the Twenty Second Judicial Circuit, McHenry County, Illinois to effect removal pursuant to 28 U.S.C. §1446(d).

Michael J. Smith
Warren von Schleicher                            By: /s/ Michael J. Smith
Smith, von Schleicher & Associates                    Attorney for Defendant, Unum Life Insurance
39 S. LaSalle St., Suite 1005                         Company of America incorrectly named as
Chicago, Illinois  60603 (312) 541-0300               Unum Group d/b/a Unum Life Insurance
                                                      Company of America