**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD L. PERSINO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 08 C 50004** |
| | ) | |
| **UNUM GROUP d/b/a UNUM LIFE** | ) | **Judge Kapala** |
| **INSURANCE COMPANY OF** | ) | |
| **AMERICA,** | ) | **Magistrate Judge Mahoney** |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ADDITIONAL TIME
IN WHICH TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA incorrectly named as UNUM GROUP d/b/a UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum") by its attorneys, Michael J. Smith and Warren von Schleicher, hereby submits its Motion for Additional Time in which to Answer or Otherwise Plead to the Complaint, and in support hereof, states as follows:

1.      Plaintiff, Richard L. Persino ("Persino" or "plaintiff"), filed his Complaint on November 27, 2007 in the Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois. Unum was thereafter served with the Summons and Complaint on December 4, 2007.  On January 3, 2008, Unum filed its timely Removal of a Civil Action thereby causing the matter to be removed to the United States District Court for the Northern District of Illinois, Western Division.

2.      In the Complaint, plaintiff seeks, in Count I, a declaration of the rights and obligations of the parties in connection with a disability insurance policy issued to by Unum Life Insurance Company of America to The American College of Obstetricians and Gynecologists under which plaintiff was an insured.  In addition, in Count II of his Complaint, plaintiff asserts a claim for breach of contract related to the disability policy and requests judgment in his favor and against Unum Life Insurance Company of America in excess of $50,000.00.  Finally, in Count III of the Complaint, plaintiff alleges that Unum Life Insurance Company of America has committed fraud related to the aforesaid disability insurance policy and plaintiff requests additional damages in excess of $50,000.00.

3.      By reason of Unum's removal of plaintiff's Complaint to the United States District Court for the Northern District of Illinois, Western Division on January 3, 2008, Unum is required to answer or otherwise plead to the Complaint by January 10, 2008.

4.      Unum hereby requests that it be given until February 8, 2008 in which to answer or otherwise plead to the Complaint.

5.      This motion has been filed for legitimate reasons and not for purposes of delay. Neither party will be prejudiced by the granting of this motion.

WHEREFORE, defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, incorrectly named as UNUM GROUP d/b/a UNUM LIFE INSURANCE COMPANY OF AMERICA, respectfully requests that the court enter an order granting this Motion for Additional Time in which to Answer or Otherwise Plead to the Complaint and grant the relief requested herein.

Respectfully submitted,

Michael J. Smith
Warren von Schleicher                    By:    /s/ Warren von Schleicher
Smith, von Schleicher & Associates              Attorney for Defendant, Unum Life Insurance
39 S. LaSalle St., Suite 1005                   Company, incorrectly named as Unum Group d/b/a
Chicago, Illinois  60603                         Unum Life Insurance Company of America
(312) 541-0300                                  Group Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following attorneys:

Rebecca M. Lee
Gummerson & Rausch
101 S. Benton, Suite 201
Woodstock, Illinois 60098

Respectfully submitted,

/s/ Warren von Schleicher

Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois 60603
(312) 541-0300
(312) 541-0933 Facsimile
E-Mail: warren.vonschleicher@svs-law.com
ARDC #6197189