IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| **RICHARD L. PERSINO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 08 C 50004 |
| | ) | |
| **UNUM GROUP d/b/a UNUM LIFE** | ) | **Judge Kapala** |
| **INSURANCE COMPANY OF** | ) | |
| **AMERICA,** | ) | **Magistrate Judge Mahoney** |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

To: Ms. Rebecca M. Lee
Gummerson & Rausch
101 S. Benton, Suite 201
Woodstock, Illinois 60098

PLEASE TAKE NOTICE that on the 23rd day of January, 2008, at 1:30 P.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable P. Michael Mahoney, or whomever may be sitting in his stead, in Room 204 of the United States District Court, 211 S. Court Street, Rockford, Illinois 61101 and shall then and there present **MOTION FOR ADDITIONAL TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT** at which time and place you may appear if you see fit.

Respectfully submitted,

By: /s/ Warren von Schleicher
Attorney for Defendant, Unum Life Insurance
Company of America, incorrectly named as
Unum Group d/b/a Unum Life Insurance
Company of America

Michael J. Smith
Warren von Schleicher
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois 60603
(312) 541-0300

**CERTIFICATE OF SERVICE**

     I hereby certify that, on January 10, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  In addition, I hereby certify that I have served a paper copy of the electronically filed document on the following attorney:

Ms. Rebecca M. Lee
Gummerson & Rausch
101 S. Benton, Suite 201
Woodstock, Illinois  60098

               Respectfully submitted,


               /s/ Warren von Schleicher

               Smith, von Schleicher & Associates
               39 S. LaSalle St., Suite 1005
               Chicago, Illinois  60603
               (312) 541-0300
               (312) 541-0933 Facsimile
               E-Mail:  warren.vonschleicher@svs-law.com
               ARDC#  6197189