# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Western Division


Richard L Persino

                    Plaintiff,

v.                                                  Case No.: 3:08–cv–50004
                                                    Honorable Frederick J. Kapala

UNUM Group

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 22, 2008:


        MINUTE entry before Judge P. Michael Mahoney : Defemdant's Motion for extension of time [6] is granted. Response to complaint due by 2/8/2008. Mailed notice(glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.