IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD L. PERSINO, | ) | |
| *Plaintiff,* | ) | 08 CV 50004 |
| | ) | |
| vs. | ) | Magistrate Judge P. Michael Mahoney |
| | ) | Judge Frederick J. Kapala |
| UNUM GROUP, d/b/a UNUM LIFE | ) | |
| INSURANCE COMPANY OF | ) | |
| AMERICA, | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S MOTION TO REMAND

NOW COMES, the Plaintiff, RICHARD L. PERSINO, by and through his attorneys, GUMMERSON & RAUSCH, LLC, and pursuant to 28 U.S.C. § 1447(c), moves this Court to remand this case to the Circuit Court for the Twenty Second Circuit, McHenry County, Illinois. Plaintiff also moves, pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927, to award Plaintiff his attorney fees and expenses incurred in connection with this motion, and in support of this motion states as follows:

1. On November 27, 2007 the Plaintiff filed an action captioned as *Richard L. Persino v. Unum Group d/b/a Unum Life Insurance Company of America,* 07 LA 410, in the Circuit Court for the Twenty-Second Judicial Circuit, McHenry County, Illinois.

2. On or about January 9, 2008, the Defendant filed a Notice of Removal pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1441 citing the diversity of citizenship statute found at 28 U.S.C. § 1332.

3. Counts two and three of the Plaintiff's Complaint plead alternate theories of liability. Each count prays for damages in excess of $50,000. The Plaintiff specifically prayed

for damages in excess of $50,000 to meet the jurisdictional requirements for law division cases in the Circuit Court for the Twenty-Second Judicial Circuit, McHenry County, Illinois. The Defendant's Notice of Removal argues that the damages sought were cumulative, and the total exceeds the jurisdictional amount of $75,000.

4. The Defendant further stated that it its good faith belief is that the amount in controversy exceeds the jurisdictional amount.

5. The Plaintiff's good faith belief is that the amount in controversy does not exceed $75,000.00. The Plaintiff's good faith belief is that the actual damages are $35,069.00, plus attorneys fees. That belief is based upon the alleged over payment made by the Defendant to the Plaintiff in the amount of $26,632.00, plus the maximum unbilled premiums to reinstate the Plaintiff's insurance policy of $8,437.00.

6. As such, the damages do not exceed $75,000, and the action may not be removed to this Court because the jurisdictional amount has not been met.

WHEREFORE, the Plaintiff, respectfully moves this Court to remand this case to the Circuit Court for the Twenty-Second Judicial Circuit, McHenry County, Illinois.

GUMMERSON & RAUSCH, LLC

/s/ Jamie R. Wombacher

GUMMERSON & RAUSCH, LLC
Attorneys for Plaintiff
101 S. Benton Street, Suite 201
Woodstock, IL 60098
(815) 337-7700