IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD L. PERSINO, | ) | |
|    *Plaintiff,* | ) | 08 CV 50004 |
| | ) | |
| vs. | ) | Magistrate Judge P. Michael Mahoney |
| | ) | Judge Frederick J. Kapala |
| UNUM GROUP, d/b/a UNUM LIFE | ) | |
| INSURANCE COMPANY OF | ) | |
| AMERICA, | ) | |
|    *Defendant.* | ) | |

## NOTICE OF MOTION

TO:   Michael J. Smith
Warren von Schleicher
Smith, von Schleicher & Associates
39 S. LaSalle Street, Suite 1005
Chicago, IL 60603

On February 13, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate P. Michael Mahoney in Courtroom 206 in the United States District Court, Northern District of Illinois, Western Division, 211 S. Court Street, Rockford, Illinois, and then and there present <u>Plaintiff's Motion to Remand</u>, a copy of which is hereby electronically served upon you.

GUMMERSON & RAUSCH, LLC,
Attorneys for Defendants

By: /s/ Jamie R. Wombacher

## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that a copy of this Notice of Motion and Motion to Remand were served upon the above-named persons by ECF because each such person is a registered electronic filer.

/s/ Jamie R. Wombacher

GUMMERSON & RAUSCH, LLC
101 S. Benton Street, Suite 201
Woodstock, IL 60098
815/337-7700
#6280060