UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Western Division

Richard L Persino
                Plaintiff,

v.                                    Case No.: 3:08−cv−50004
                                    Honorable Frederick J. Kapala

UNUM Group
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

    MINUTE entry before Judge P. Michael Mahoney : Telephonic status hearing held on 2/19/2008. Plaintiff's Motion to remand [11] is taken under advisement; Set deadlines as to motion to remand[11] : Response due 3/11/08. Reply due 3/18/08. If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing. No responsive pleading to complaint due until so ordered by the court. Telephonic Status hearing set for 3/26/2008 at 10:30 AM.Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.