IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| **RICHARD L. PERSINO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 08 C 50004 |
| ) | |
| **UNUM GROUP d/b/a UNUM LIFE** ) | Judge Kapala |
| **INSURANCE COMPANY OF** ) | |
| **AMERICA,** ) | Magistrate Judge Mahoney |
| ) | |
| **Defendant.** ) | |

**UNOPPOSED MOTION FOR ADDITIONAL TIME
FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO REMAND**

Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum") incorrectly named as UNUM GROUP d/b/a UNUM LIFE INSURANCE COMPANY OF AMERICA, by its attorneys, Michael J. Smith and Warren von Schleicher, hereby submits its Unopposed Motion for Additional Time for Defendant to Respond to Plaintiff's Motion to Remand, and in support hereof, states as follows:

1.　On January 3, 2008, Unum removed the Complaint to federal court based on diversity jurisdiction.

2.　On February 2, 2008, the plaintiff, Richard L. Persino ("Persino"), filed his Motion to Remand. Unum's Response to Plaintiff's Motion to Remand is due for filing with the court on March 10, 2008.

3.　Unum respectfully requests an addition four (4) days, or until March 14, 2008, in which to file its Response to Plaintiff's Motion to Remand. Persino has requested fourteen (14) days thereafter, or until March 28, 2008, in which to file his Reply. Unum's counsel has consulted with Persino's counsel, who does not object to the granting of this Unopposed Motion.

4.	This Unopposed Motion is presented for the above stated legitimate reasons and not for purposes of delay.  No party will be prejudiced by the granting of this Unopposed Motion.

WHEREFORE, defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, incorrectly named as UNUM GROUP d/b/a UNUM LIFE INSURANCE COMPANY OF AMERICA, respectfully requests that the court grant this Unopposed Motion.

Respectfully submitted,

Michael J. Smith  
Warren von Schleicher              By:  __/s/ Warren von Schleicher_____  
Smith, von Schleicher & Associates       Attorney for Defendant, Unum Life  
39 S. LaSalle St., Suite 1005            Insurance Company of America  
Chicago, Illinois  60603  
(312) 541-0300

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following attorneys:

Jamie Wombacher
Gummerson & Rausch
101 S. Benton, Suite 201
Woodstock, Illinois  60098

                Respectfully submitted,

                /s/ Warren von Schleicher

                Smith, von Schleicher & Associates
                39 S. LaSalle St., Suite 1005
                Chicago, Illinois  60603
                (312) 541-0300
                (312) 541-0933 Facsimile
                E-Mail:  warren.vonschleicher@svs-law.com
                ARDC #6197189