**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Western Division**

Richard L Persino

                    Plaintiff,

v.                                          Case No.: 3:08−cv−50004
                                                     Honorable Frederick J. Kapala

UNUM Group

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 17, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney: Defendant's Motion for extension of time to file response regarding MOTION by Plaintiff Richard L Persino to remand[11] [16] is granted; Set deadlines as to motion to remand[11] : Responses due by 3/14/2008. Replies due by 3/28/2008.Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.