**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Western Division**

Richard L Persino
                      Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 3:08−cv−50004
　　　　　　　　　　　　　　　　　　　Honorable Frederick J. Kapala

UNUM Group
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney: Telephonic Status hearing held on 3/25/2008. Telephonic Discovery Hearing set for 5/21/2008 at 10:30 AM. Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.