

May 2007

RICHARD L PERSINO MD
3612 NEEDLE CREEK CT
CRYSTAL LAKE, IL 60012

Dear Doctor PERSINO:

This letter is to inform you that your disability insurance coverage, provided through Unum Life Insurance Company of America, has been transferred to Unimerica Insurance Company on **March 1, 2007**.

Unimerica Insurance Company is rated A by A.M. Best. It is a subsidiary of UnitedHealth Group, a Fortune 50 company, which operates a variety of comprehensive businesses designed to advance improved health and well-being.

ACOG and Affinity Insurance Services have worked very closely with Unimerica to ensure that your benefits and rates are consistent with your current coverage. While your certificate will differ in context, we are pleased to inform you that benefits will remain the same and the rates are consistent with your current offering.

Attached you will find a copy of your new certificate of coverage with Unimerica, which replaced your Unum certificate effective March 1, 2007.

Please feel free to contact us toll free with any questions at 1-800-214-9489.

Sincerely,
Affinity Insurance Services
Policy Holder Services

---

*AIS Affinity Insurance Agency*
6 Airport Park Blvd • Latham, New York 12110
www.aon.com/affinity
Affinity Insurance Services, Inc. in all states except AIS Affinity Insurance Agency in NY and NH; AIS Affinity Insurance Agency, Inc. in MN and OK; and AIS Affinity Insurance Agency, Inc. dba Aon Direct Insurance Administrators in CA (License #0795465)

