**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD L. PERSINO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 08 C 50004** |
| | ) | |
| **UNUM GROUP d/b/a UNUM LIFE** | ) | **Judge Kapala** |
| **INSURANCE COMPANY OF** | ) | |
| **AMERICA,** | ) | **Magistrate Judge Mahoney** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE, *INSTANTER*,
A REPLY IN OPPOSITION TO THE PLAINTIFF'S MOTION TO REMAND**

Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum"), incorrectly named as UNUM GROUP d/b/a UNUM LIFE INSURANCE COMPANY OF AMERICA, by its attorneys, Michael J. Smith and Warren von Schleicher, hereby submits its Motion for Leave to File, *instanter*, a Reply in Opposition to the Plaintiff's Motion to Remand, and in support hereof, states as follows:

1.      The plaintiff, Richard L. Persino, M.D. ("Persino"), filed a Motion to Remand the case to state court on the basis that the jurisdictional amount in controversy has not been satisfied.  On March 14, 2008, Unum filed its Memorandum in Opposition to the Plaintiff's Motion to Remand.

2.      Thereafter, Persino filed his Reply to Defendant's Memorandum in Opposition ("Reply").  Persino raises new arguments in his Reply that Unum has not had an opportunity to address.

3.      Specifically, Persino argues, for the first time in his Reply, that the American College of Obstetricians and Gynecologists changed its group insurer from Unum, the defendant

herein, to another insurer called Unimerica Insurance Company ("Unimerica"), effective March
1, 2007.  Persino argues that Unum's potential liability for payment of disability benefits
terminated on March 1, 2007, thereby capping its potential financial exposure.  (Pl. Reply, pg. 3).

     4.    Unum, therefore, respectfully requests leave of court to file its Reply in
Opposition to Plaintiff's Motion to Remand (attached hereto as Exhibit A), in order to address
the arguments raised by Persino for the first time in his Reply.

     WHEREFORE, defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA,
respectfully requests that the court grant this Motion for Leave to File, *Instanter*, a Reply in
Opposition to Plaintiff's Motion to Remand.

Respectfully submitted,

| | |
|---|---|
| Michael J. Smith | |
| Warren von Schleicher | By:   /s/ Warren von Schleicher |
| Smith, von Schleicher & Associates | Attorney for Defendant, Unum Life |
| 39 S. LaSalle St., Suite 1005 | Insurance Company of America |
| Chicago, Illinois  60603 | |
| (312) 541-0300 | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following attorneys:

Jamie Wombacher
Gummerson & Rausch
101 S. Benton, Suite 201
Woodstock, Illinois  60098

Respectfully submitted,

/s/ Warren von Schleicher

Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois  60603
(312) 541-0300
(312) 541-0933 Facsimile
E-Mail:  warren.vonschleicher@svs-law.com
ARDC #6197189