## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| **RICHARD L. PERSINO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 08 C 50004 |
| | ) | |
| **UNUM GROUP d/b/a UNUM LIFE** | ) | Judge Kapala |
| **INSURANCE COMPANY OF** | ) | |
| **AMERICA,** | ) | Magistrate Judge Mahoney |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF MOTION

To:   Jamie Wombacher
      Gummerson & Rausch
      101 S. Benton, Suite 201
      Woodstock, Illinois  60098

PLEASE TAKE NOTICE that on the 7th day of May, 2008, at 1:30 P.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable P. Michael Mahoney, or whomever may be sitting in his stead, in Room 204 of the United States District Court, 211 S. Court Street, Rockford, Illinois 61101 and shall then and there present **DEFENDANT'S MOTION FOR LEAVE TO FILE, *INSTANTER,* A REPLY IN OPPOSITION TO THE PLAINTIFF'S MOTION TO REMAND** at which time and place you may appear if you see fit.

                                        Respectfully submitted,

                                        By:   /s/ Warren von Schleicher
                                              Attorney for Defendant, Unum Life Insurance
Michael J. Smith                              Company of America, incorrectly named as
Warren von Schleicher                         Unum Group d/b/a Unum Life Insurance
Smith, von Schleicher & Associates            Company of America
39 S. LaSalle St., Suite 1005
Chicago, Illinois  60603
 (312) 541-0300

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on April 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy of the electronically filed document on the following attorney:

Jamie Wombacher
Gummerson & Rausch
101 S. Benton, Suite 201
Woodstock, Illinois 60098
jwombacher@lawgr.com

        Respectfully submitted,

        /s/ Warren von Schleicher

        Smith, von Schleicher & Associates
        39 S. LaSalle St., Suite 1005
        Chicago, Illinois 60603
        (312) 541-0300
        (312) 541-0933 Facsimile
        E-Mail: warren.vonschleicher@svs-law.com
        ARDC# 6197189