**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 50004 |

RICHARD L. PERSINO, Plaintiff
vs.
UNUM LIFE INSURANCE COMPANY OF AMERICA, incorrectly named as UNUM GROUP d/b/a UNUM LIFE INSURANCE COMPANY OF AMERICA, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, incorrectly named as UNUM GROUP d/b/a UNUM LIFE INSURANCE COMPANY OF AMERICA

| |
|---|
| NAME (Type or print) |
| GREGORY A. BIEGEL |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Gregory A. Biegel |
| FIRM |
| Barrick, Switzer, Long, Balsley & Van Evera |
| STREET ADDRESS |
| 6833 Stalter Drive |
| CITY/STATE/ZIP |
| Rockford, IL  61108 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6192539 | 815-962-6611 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☑ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐