UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**PARTIES' PROPOSED CASE MANAGEMENT ORDER**

I. Pursuant to Fed. R. Civ. P.26(f), a meeting was held in Case Number 08 C 50004 on July 8, 2008 and was attended by:

Rebecca M. Lee for Plaintiff Richard L. Persino.

Warren von Schleicher for Defendant Unum Life Ins. Co. Of America, incorrectly named as Unum Group d/b/a Unum Life Ins. Co. Of America.

II. The Fed. R. Civ. P.26(a)(1) material will be exchanged by October 15, 2008.

III. Alternative Dispute Resolution Mediation. Counsels hereby certify that their clients have read the Pamphlet governing the court's medication program, that counsels have discussed with their respective clients the available dispute resolution options provided by the court and private entities, and that counsels have given an estimation of the fees and costs that would be associated with the litigation of this matter, through trial, to their clients. Further, counsels have provided to their clients an estimate of the fees and expenses reasonably expected to be incurred through an early successful mediation. Counsels certify that they have discussed the available ADR options with their clients and have considered how this case might benefit from those options. Lastly, if this is a fee shifting case, defense counsels certify they have discussed the advantages and disadvantages of making a Rule 68 offer of judgment.

　__Parties have agreed on early mediation. _____ has been chosen as the mediator. The mediation shall be held within 60 days of this order. Discovery (shall)(shall not) be stayed during the 60 days of referral. Pursuant to ADR local rules, this case is hereby referred to mediation. Counsels and parties will submit evaluations to the Court within ten days of the conclusion of mediation.

　____ Parties have agreed on mediation. _____ has been chosen as the mediator. The parties believe the best time to mediate would be _____ and request the matter be referred to mediation at that time. Counsels and parties will submit mediation evaluations to the Court within ten days of the conclusion of mediation.

　____ Parties request an immediate settlement conference with the Magistrate Judge.

　____ Parties plan to utilize private ADR. (Parties shall explain the private ADR and when it will take place).

  __X__ Parties request this case be excused from ADR.

IV. Discovery Plan. The parties jointly propose to the court the following discovery plan:

  A) Discovery will be needed on the following subjects:

   _____

   _____

  B) Maximum of 21 interrogatories by each party to any other party.

  C) Maximum of 21 requests for admission by each party to any other party.

  D) Maximum of _____ depositions by Plaintiff and _____ by Defendant -- *To be determined*

  E) Each deposition shall be limited to a maximum of 3 hours unless extended by agreement of the parties or by order of the court.

  F) Fact discovery cut-off is set for March 31, 2009.

  G) Report from retained expert for the Plaintiff under Rule 26(a)(2) due - *to be determined*. Deposition of Plaintiff's expert shall be taken by _____. Report from retained expert for defendant under Rule 26(a)(2) due _____. Deposition of Defendant's expert shall be taken by _____. Supplementations under Rule 26(e) will be scheduled by the court at the request of the parties.

  H) All discovery shall be cut off by - *to be determined* (should be no longer than date for Defendant's expert deposition).

  I) Time for the parties to amend pleadings and add counts or parties is hereby established as October 31, 2008.

  J) The parties suggest the next discovery conference with the court be October 27, 2008.

 All dispositive motions will be due 30 days after the fact discovery cut-off date unless otherwise ordered by the court and the parties agree pleadings, motions and briefs may be exchanged by e-mail, fax or other electronic means.